IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-2719-AP

NORA J. MARCELLA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
___

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2382
303.986.6400
303.986.6800 fax
bobgruber@earthlink.net

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** November 18, 2009

   B. **Date Complaint was Served on U.S. Attorney's Office**: November 23, 2009

   C. **Date Answer and Administrative Record Were Filed:** February 18, 2010

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence at this time.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7. **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief**: April 19, 2010

   B. **Response Brief due:** May 19, 2010

   C. **Reply Brief due:** June 3, 2010

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** The Plaintiff does not request oral argument.

   B. **Defendant's Statement:** The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 8th day of March, 2010

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED:<br><br>/s Robert K. Gruber<br>Robert K. Gruber<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, CO 80235-2382<br>303.986.6400<br>303.986.6800 fax<br>bobgruber@earthlink.net<br><br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |